# United States District Court
### for the
### Western District of New York

United States of America

v.

**BLAINE McCLENATHAN**

*Defendant*

Case No. 26-MJ-4008

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 21, 2026, in the County of Wayne, in the Western District of New York, BLAINE McCLENATHAN, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

This Criminal Complaint is based on these facts:

*See* attached affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

THOMAS C. TARTAGLIA
Special Agent
DRUG ENFORCEMENT AGENCY
*Printed name and title*

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim. P. 4.1 and 41(d) on:

Date: January 21, 2026

City and State: Rochester, New York

*Judge's signature*

HONORABLE COLLEEN D. HOLLAND
United States Magistrate Judge, WDNY
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BLAINE MCCLENATHAN,

Defendant.

26-MJ- 4008

State of New York   )
County of Monroe   ) ss
City of Rochester   )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**Thomas Tartaglia**, being duly sworn, deposes and states:

1. I am a Special Agent with the Drug Enforcement Administration (DEA), and as such I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 21, United States Code, Section 801, et seq. and Title 18, United States Code, Section 2516(1).

2. I have been employed with the Drug Enforcement Administration since August 2019. I am currently assigned to DEA Rochester Resident Office. Prior to becoming a DEA Special Agent I received a Masters of Arts Degree in Management from Nazareth College in 2015. During my employment with the DEA, I received (18) weeks of training in the methods

–1–

used by drug trafficking and money laundering organizations. I have received training in the areas of drug identification, drug distribution methods, money laundering, financial investigations, and drug enforcement techniques. I am familiar with the methods of use, effects, distribution, appearance, as well as the methods of manufacture of controlled substances. I have experience in the investigation of violations of federal and state narcotics laws. I have conducted and participated in numerous narcotics investigations resulting in the arrest and conviction of drug distributors, and the seizure of quantities of controlled substances. During these investigations my participation has included, but has not been limited to undercover operations; direction of confidential sources; debriefing defendants and others involved in the distribution and consumption of illegal drugs; the execution of search warrants and the execution of arrest warrants. I have also been the affiant on multiple search warrants, and criminal complaints and have participated in numerous surveillance operations, controlled purchases, and investigations involving the court ordered interception of telephonic communication (T-III).

## PURPOSE OF AFFIDAVIT

This affidavit is submitted in support of a criminal complaint charging Blaine MCCLENATHAN (hereinafter "MCCLENATHAN") with violating Title 21, United States Code, Sections, 841(a)(1) and 841(b)(1)(A)(viii) knowingly and intentionally possessing with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance. The assertions made herein are based upon my personal knowledge and information I have received through my review of this investigation, including conversations

with other law enforcement agents and officers, all of which I believe to be true and accurate. Since this affidavit is being submitted for a limited purpose, I have not included each and every fact that I know concerning this investigation. Rather, I have set forth only those facts that relate to the issue of whether probable cause exists to believe that MCCLENATHAN committed the above-described offense.

## FACTS ESTABLISHING PROBABLE CAUSE

### Background

Members of the Drug Enforcement Administration have been conducting an investigation into the illegal drug activities of Blaine MCCLENATHAN, residing at 150 Village II Drive – Apt D, Hilton, New York.

### Traffic Stop on January 21, 2026

On January 21, 2026, NYSP initiated a traffic stop on a white BMW bearing NY Reg MCU3953 for driving without a front plate in violation of NYS Vehicle and Traffic Law 402. The traffic stop was conducted on Route 104 eastbound near Knickerbocker Road in the Town of Ontario, NY. At the time of the traffic stop NYSP Troopers observed Blaine MCCLENATHAN as the driver of the vehicle and Chyanna GALLAND passenger. Immediately following the stop of the vehicle, occupants were questioned where they were coming from. Upon questioning, MCCLENATHAN stated they were coming from Irondequoit. Upon questioning GALLAND had stated that they were coming from Hilton. At that time NYSP Troopers requested a K9 to conduct an open air search of the vehicle. The NYSP K9 conducted an open air search and indicated for the presence of an odor of narcotics. At that time NYSP Troopers conducted a search of the vehicle. During the search of the

vehicle, items of an evidentiary value were located and seized, including but not limited to: Two (2) Ziploc-style bags containing approximately 903.7 (including drug packaging) grams of orangish tablets (pills). Upon locating the pills in the vehicle, MCCLENATHAN informed NYSP, in sum and substance, that he was responsible for the pills and that GALLAND had nothing to do with them. Agents subsequently conducted a drug field test on a sample taken from these tablets, which did yield a positive result for the presence of methamphetamine.

### Search Warrants

Search warrants for 150 Village II Drive – Apt D, Hilton, NY; a 2022 BMW X5 bearing NY Reg LTH8305; a 2014 BMW M5 bearing NY Reg MCU3953; and 100 Old Hojack Lane - Unit 28, Hilton, NY, were authorized and signed by Honorable Monroe County Court Michael Ansaldi, which were executed after the traffic stop described in the paragraphs below.

On January 21, 2026, investigators executed the search warrant referenced above at 150 Village II drive apt D, Rochester, NY. No one was present at the time the warrant was executed. The following items, among other things, were seized from within the residence pursuant to the search warrant:

    a. Approximately 308 grams of suspected counterfeit "Xanax" pills

    b. Approximately 54 grams of suspected counterfeit "M30" pills

    c. Approximately 45 grams of suspected counterfeit "Adderall" pills

    d. Approximately 16 grams of suspected cocaine.

    e. An undetermined amount of US Currency.

    f. 1 laptop computer

g. A "weigh gram" scale

h. Drug packaging materials to include assorted new/unused plastic bags

## CONCLUSION

Based on the foregoing, your affiant submits there is probable cause to believe that on or about January 21th, 2026, in the Town of Ontario, County of Wayne, in the Western District of New York, Blaine MCCLENATHAN violated Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance

Respectfully submitted,

_____
Thomas Tartaglia
Special Agent
Drug Enforcement Administration

Affidavit submitted electronically in .pdf format.
Oath administered, and contents and signature attested
to me as true and accurate telephonically pursuant to
Fed. R. Crim. P. 4.1 and 41(d)(3) on this 21st day of January 2026.

_____
HON. COLLEEN D. HOLLAND
UNITED STATES MAGISTRATE JUDGE